Ezri J. Vargas (#235030)
evargas@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
T: 626.535.1900
F: 626.577.7764

Attorneys for Defendants
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB (collectively, "Wachovia"), and Golden West Savings Association Service Co. ("Golden West")

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| DOUGLAS RAFFERTY; LAURIE A. RAFFERTY;<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB, WACHOVIA, a Corporation, WELLS FARGO BANK, N.A., a Banking Corporation, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., a California corporation, and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO.: ED CV 10-00259 JVS (DTBx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

At the June 21, 2010 Scheduling Conference, this Court dismissed Plaintiffs' case in its entirety for:

1. Plaintiffs' failure to prosecute;

2. Plaintiffs' failure to comply with this Court's previous order regarding amendment of the pleadings;

3. Plaintiffs' failure to participate in the Rule 26 process; and

4. Plaintiffs' failure to attend the June 21, 2010 Scheduling Conference

**IT IS SO ORDERED**

Dated:  June 23, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

## ORDER OF DISMISSAL

on all interested parties in said case addressed as follows:

**Served by Other Means:**

William P. Aldrich, Esq.
Aldrich Law Group
29970 Technology Drive, Suite 211
Murrieta, California 92563
Tel: 949.873.8049

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **June __, 2010.**

Helene Saller                                 */s/ Helene Saller*
(Print name)                                  (Signature)

O:\ECF READY\RAFFERTY ET AL. V. WORLD SAVINGS BANK - ORDER RE DISMISSAL-207880.DOC

1

CASE NO. ED CV10-00259 JVS (DTBX)
ORDER OF DISMISSAL